THE PEOPLE OF THE STATE OF NEW YORK ex rel. OWEN-JAY REALTY COMPANY, INC., Respondent, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Three Proceedings.)

Argued April 19, 1937; decided May 25, 1937.

*Paul Windels,* Corporation Counsel (*Oscar S. Cox* and *Frances W. Lehrich* of counsel), for appellants.

*Eugene Fay* for respondent.

Orders affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.